■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE MONGO, Appellant. [609 NYS2d 804] —Appeal by the

defendant from a judgment of the Supreme Court, Richmond County (Kuffner, J.), rendered September 16, 1992, convicting him of criminal sale of a controlled substance in the third degree, and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends, among other things, that the verdict of guilt was against the weight of the evidence because the testimony of the police witnesses was not believable. We disagree.

Resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record *(see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (CPL 470.15 [5]).

We have examined the defendant's remaining contentions and find them to be without merit. Thompson, J. P., O'Brien, Joy and Altman, JJ., concur.